UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/06
```

CONTINENTAL JEWELLERY (MFG) LTD.,

    Plaintiff,

-v-

E.M.G. DIAMOND CORP.,

    Defendant.

Case No. 05-CV-6770 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated in the record on November 3, 2006, Plaintiff's Motion to Vacate the Court's dismissal of this action for failure to prosecute is GRANTED. The Clerk of the Court is ordered to REOPEN this case and terminate Plaintiff's motion. (Doc. No. 9.)

Plaintiff is ordered to submit its Order to Show Cause for Default Judgment to the Court no later than November 10, 2006.

SO ORDERED.

Dated:    November 5, 2006
           New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE